```
Teresa DiMartino, Petitioner  )
                              )
                              )
                              )           PETITION FOR
              v.              )
                              )        WRIT OF HABEAS CORPUS
                              )
Becky Clay, Respondent        )
Acting Warden                 )
Federal Bureau of Prisons     )
```

Petition For Writ of Habeas Corpus

Teresa DiMartino, (hereinafter "Petitioner") petitions for a writ of habeas corpus to grant a temporary release from the Federal Bureau of Prisons (FBOP) for 30 days to see and care for her husband of 32 years, Michael DiMartino, who is terminally ill.

Jurisdiction

The jurisdiction of this Court is invoked under Title 28, U.S.C. ß 2241 which provides that writs of habeas corpus may be granted by Supreme Court, any justice thereof, District Court, and any circuit court within their respective jurisdictions. Petitioner is incarcerated at the Federal Prison Camp in Danbury, Connecticut.

Summary of Facts

Petitioner is 62 years old.

Petitioner is a citizen of the United States and does not possess a passport.

Petitioner pled guilt to conspiracy to distribute a controlled substance (Title 21, U.S.C. ß 846). Petitioner was sentenced in the United States District Court of Maryland by the Honorable William Quarles, Jr. to 24 months and four years of supervised release.

Petitioner has no other criminal history.

Petitioner self-surrendered to Danbury Federal Prison Camp on September 11, 2006 (Exhibit A). Upon her surrender, she was placed in the custody of the FBOP.

Petitioner has been married to Michael DiMartino for 32 years. (Exhibit B) The union produced two children: Cathy Owensby, age 36, and Michelle Peeples, age 32. Petitioner and her husband also have five grandchildren.

On October 7, 2006, Petitioner spoke with her daughter, Cathy Owensby. Her daughter informed her that Michael DiMartino had "taken a turn for the worse". Mr. DiMartino's physician at the time, Rohit Gulati, M.D., verified these concerns in his letter dated October 13, 2006. (Exhibit C) He is diagnosed with coronary heart disease, congestive heart failure, chronic obstructed pulmonary disease, circulatory dementia, and has suffered a stroke. His prognosis is terminal. (Exhibit C)

Mr. DiMartino presently resides at Mariner Nursing Home, 109 Forest Valley Drive, Forest Hill, Maryland. His present condition forced a move to 24-hour care. He previously resided with his daughter, Cathy Owensby. (Address: 441 Clydebank Drive, Abbington, Maryland.)

If temporarily released, Petitioner will reside at 441 Clydebank Drive, Abbington, Maryland.

Argument

Pursuant to Title 18, U.S.C. § 3622, "the FBOP may release any prisoner from the place of confinement for a limited period if such a release seems to be consistent for which the sentence was imposed". The criteria for such a release are: 1) if such release otherwise appears to be consistent with public interest and 2) if there is a reasonable cause to believe that a prisoner will honor the trust to be imposed in him, under prescribed conditions to visit a relative who is dying. (Title 18, U.S.C. § 3622 (a)(1))

Petitioner's proposed temporary release from custody is "consistent with public interest" as she poses neither a threat to society, nor a flight risk. The FBOP deemed this status upon Petitioner when she was allowed to self-surrender and was placed in a Federal Prison Camp. (Exhibit A)

Petitioner meets "reasonable cause to believe she will honor the trust to be imposed in her". As stated, the Petitioner has strong ties with her family. She has demonstrated her commitment to her family evidenced by her marriage of 32 years. Her sole concern is caring for and spending time with her terminally-ill husband. As stated by Dr. Gulati, Mr. DiMartino may not survive the Petitioner's incarceration. To keep the Petitioner from her husband at this time is not

only unnecessary, but inhumane.

Petitioner was denied temporary release by the Federal Prison Camp's Administrator, Rachael Chapa. Petitioner did not enact the procedure to exhaust her administrative remedies, as this procedure is flawed and deliberately protracted to deny her basic rights. Petitioner would request to hold this application in obeyance and direct the FBOP to apply its own procedures and expedite the review of its own denial. While Petitioner continues to maintain that she has not exhausted her administrative remedies, she would not object to this Court's order mandating an expeditious review of the FBOP's (Camp Administrator's) decision.

Conclusion

Petitioner respectfully requests an immediate, temporary release from custody to visit her terminally-ill husband for 30 days, or any relief the Court deems appropriate.


Respectfully submitted,


_____

Teresa DiMartino
Inmate No. 42238-037
Federal Prison Camp
Route 37
Danbury, Connecticut 06811

## VERIFICATION

I, Teresa DiMartino, hereby declare under penalty of perjury that the facts stated in the foregoing petition are true and correct, to the best of my knowledge.

Dated: 12/13/06

Respectfully submitted,

*Teresa DiMartino*
Teresa DiMartino



U.S. Department of Justice

United States Marshals Service

*District of Maryland*

*Baltimore, MD 21201*

August 30, 2006

Teresa Dimartino
441 Clydebank Drive
Abingdon, Maryland 21009

Case #: WDQ-06-0100
Register#: 42238-037

Dear Mrs. Dimartino,

You were granted authority to travel at your own expense to the institution listed below on the date and time stated:

| | |
|---|---|
| Reporting Time: | NO LATER THAN 2:00 P.M. |
| Reporting Date: | MONDAY, SEPTEMBER 11, 2006 |
| Report To: | FCI DANBURY<br>33 ½ PEMBROKE ROAD<br>DANBURY, CONNECTICUT 06811-3099<br>203-743-6471 |

This letter serves as your official notification to report as directed. All official documents pertaining to your sentence have been forwarded directly to the institution.

Sincerely,

*Tyra Bryant*
Tyra Bryant
Criminal Program Specialist

cc: Clerk, U.S. District Court
    Chief, Probation Office
    Chief, Pretrial Services

VALID ONLY I HEREBY CERTIFY THAT THE ATTACHED IS A TRUE COPY OF A RECORD ON FILE WITH IN THE DIVISION OF VITAL RECORDS.
IMPRESSED
SEAL DATE ISSUED: MAR 7 1979
WARNING: It is illegal to duplicate this copy by photostat or photograph.

STATE REGISTRAR OF VITAL RECORDS

75-41331

## Certificate of Marriage
### State of Maryland

LICENSE NO. 50435

Copy for State Department of Health and Mental Hygiene

BALTIMORE CITY (30)

I Hereby Certify that on the 3RD day of DECEMBER 19 75

following persons were by me united in marriage at BALTO. MD.

in accordance with the license of the Clerk of the Court in the jurisdiction shown above.

| | | | | |
|---|---|---|---|---|
| Person's Name | MICHAEL A. DI MARTINO | Age 44 | Birthplace MD. (State) | |
| Person's Residence | 3404 CLAREMONT AVE | | Marital Status DIVORCED | |
| Person's Name | THERESA M. HUEMER | Age 30 | Birthplace MD. (State) | |
| Person's Residence | 3404 CLAREMONT AVE | | Marital Status DIVORCED | |
| | Relationship to groom if any | NONE | | |

VINCENT P. QWAYLE
Name of Officiating Clergymen or Authorized Officer

75 R.C. PRIEST
Title and Religious Denomination or Office

3048 GUILFORD AVE
Address of Clergyman or Authorized Officer

CERTIFICATION OF CLERK OF THE COURT

License Date DEC 1

3361 jw



**MedStar Health**
*Experience Matters*

Rohit Gulati, MD, FACP
Clinical Assistant Professor of Medicine
University of Maryland School of Medicine

October 13, 2006

RE:     Michael DiMartino
         DOB: 09/09/1931
         SS#: XXX-XX-9297

         Theresa M. DiMartino
         DOB: 08/01/1945
         SS#: XXX-XX-1756

To Whom It May Concern:

This is to certify that the above referenced patients are followed in my office for their healthcare. Michael suffers from severe coronary artery disease, congestive heart failure, chronic obstructed pulmonary disease, and a stroke. His health is rapidly deteriorating due to his primary care provider Theresa DiMartino being incarcerated. If possible, please expedite her case, so that she can return home to provide care for Mr. DiMartino.

Sincerely,

Rohit Gulati, M.D., F.A.C.P.

3730 Falls Road Baltimore, Maryland 21211 • phone: 410 235 0999 • fax: 410 235 8252

December 13, 2006

Office of the Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dear Sir/Madame:

Enclosed, please find a petition for a writ of habeas corpus. Although the facts and arguments are outlined within the petition, I would like to briefly explain my situation.

My husband of 32 years, Michael DiMartino, is terminally ill and deteriorating rapidly. I am respectfully requesting a temporary release from custody to be with and care for him.

I thank you and the Court for your time and consideration in this matter.

Sincerely,


Teresa DiMartino
Inmate No. 42238-037
Federal Prison Camp
Route 37
Danbury, Connecticut 06811

Enclosures

Copy:   Chief Counsel
        Northeast Regional Office
        United States Bureau of Prisons
        United States Custom House
        Second and Chestnut
        Philadelphia, Pennsylvania 19105

        Becky Clay, Acting Warden
        Federal Correctional Institution
        Route 37
        Danbury, Connecticut 06811

        Richard Ware Levitt, Esq.
        148 East 78th Street
        New York, New York 10021